ERNEST GALVAN – 196065
BLAKE THOMPSON – 255600
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: egalvan@rbgg.com
 bthompson@rbgg.com

BRIAN A. VOGEL – 167413
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Drive, Suite 104
Ventura, California 93003
Telephone: (805) 654-0400
Facsimile: (805) 654-0326
Email: brian@bvogel.com

LANCE WEBER – Fla. Bar No. 104550*
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, Florida 33460
Telephone: (561) 360-2523
Facsimile: (866) 735-7136
Email: lweber@humanrightsdefensecenter.org

* *Pro Hac Vice* Application To Be Filed

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,<br><br>            Plaintiff,<br><br>   v.<br><br>COUNTY OF VENTURA; GEOFF DEAN, GARY PENTIS, LINDA OKSNER, and RICK BARRIOS, in their individual and official capacities, DOES 1-10, in their individual and official capacities,<br><br>            Defendants. | Case No. cv-14-0773-GHK (EX)<br><br>**DECLARATION OF STEVE C. MARSHALL IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   March 17, 2014<br>Time:   9:30 a.m.<br>Dept.:   650<br>Judge:   Hon. George H. King |

[1083386-1]

I, Steve C. Marshall, declare:

1. I am an attorney admitted to practice law in the State Courts of the State of California. Brian A. Vogel, the counsel of record for the plaintiff in this case, employs me to assist in this case. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of Plaintiff's Motion for Preliminary Injunction.

2. On January 21, 2014, I spoke with three inmates at the Ventura County Jail, Todd Road Facility in Santa Paula, CA:  Jose Contreras, booking no. 1286672; Ramon Leyva, booking no. 1305597; and Eric Rapacz; booking no. 1275937.

3. I showed Mr. Contreras a copy of the envelope from the information packet that PLN tried to send to Mr. Contreras but which was returned to PLN marked "Return to Sender – Postcards Only – No Envelopes." Mr. Contreras told me that he did not receive a copy of the Detainee/Inmate Return Notice from Ventura County Jail regarding this piece of mail.

4. I asked Mr. Contreras if he has witnessed any inmates at Todd Road Jail receiving magazines which contained advertisements or pictures considered "sexually suggestive." He said yes, he has seen inmates receive "Men's Fitness" and "Men's Health."

5. I showed Mr. Leyva a copy of the envelope from the information packet that PLN tried to send to Mr. Leyva but which was returned to PLN marked "Return to Sender – Postcards Only – No Envelopes." Mr. Leyva told me that he did not receive a copy of the Detainee/Inmate Return Notice from Ventura County Jail regarding this piece of mail.

6. I asked Mr. Leyva if he has witnessed any inmates at Todd Road Jail receiving magazines which contained advertisements or pictures considered "sexually suggestive." He said yes, he has seen inmates receive "Men's Health" and "Rolling Stone."

7. I showed Mr. Rapacz a copy of the envelope from the information packet that PLN tried to send to Mr. Contreras but which was returned to PLN marked "Return to Sender – Postcards Only – No Envelopes." Mr. Rapacz told me that he did not receive a copy of the Detainee/Inmate Return Notice from Ventura County Jail regarding this piece of mail.

8. I asked Mr. Rapacz if he has witnessed any inmates at Todd Road Jail receiving magazines which contained advertisements or pictures considered "sexually suggestive." He said yes, he himself subscribes to "Men's Fitness" and his subscription is sent to the jail. He also knows of other inmates at the Todd Road Facility who subscribe to "Men's Fitness."

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at Ventura, California this 4th day of February 2014.

*[signature]*
Steve C. Marshall

2
DECLARATION OF STEVE C. MARSHALL IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION