ERNEST GALVAN – 196065
BLAKE THOMPSON – 255600
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email: egalvan@rbgg.com
       bthompson@rbgg.com

BRIAN A. VOGEL – 167413
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Drive, Suite 104
Ventura, California 93003
Telephone:   (805) 654-0400
Facsimile:   (805) 654-0326
Email: brian@bvogel.com

LANCE WEBER – Fla. Bar No. 104550*
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, Florida 33460
Telephone:   (561) 360-2523
Facsimile:   (866) 735-7136
Email: lweber@humanrightsdefensecenter.org

* *Pro Hac Vice* Application To Be Filed

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISON LEGAL NEWS,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTY OF VENTURA, et al.,<br><br>        Defendants. | Case No. CV-14-0733 GHK (Ex)<br><br>**JOINT STIPULATION AND REQUEST FOR ORDER EXTENDING DEFENDANT COUNTY OF VENTURA'S DEADLINE TO SERVE AN INITIAL RESPONSIVE PLEADING TO THE COMPLAINT UNTIL APRIL 6, 2014** |

/ / /

1

**THIS JOINT STIPULATION IS ENTERED INTO** by and between Plaintiff PRISON LEGAL NEWS ("PLN") and Defendant COUNTY OF VENTURA, (collectively, the "parties"), by and through their attorneys of record:

WHEREAS, Plaintiff PLN filed the Complaint on February 4, 2014;

WHEREAS, on February 5, 2014, Plaintiff served Defendant County of Ventura with the Summons and Complaint;

WHEREAS, all individual Defendants, by and through their attorney of record Jeffrey Held of Wisotsky, Procter & Shyer, executed and filed waivers of service on February 7, 2014;

WHEREAS, currently the deadline for filing of an initial responsive pleading to the Complaint for Defendants Rick Barrios, Geoff Dean, Linda Oksner, and Gary Pentis is April 6, 2014;

WHEREAS, currently the deadline for filing of an initial responsive pleading to the Complaint for Defendant County of Ventura is February 26, 2014;

WHEREAS, on February 7, 2014, Plaintiff and Defendant County, by and through its attorney of record Jeffrey Held of Wisotsky, Procter & Shyer, agreed to extend the deadline for Defendant County to file an initial responsive pleading to the Complaint from February 26, 2014 to April 6, 2014, so that the deadline for an initial responsive pleading to the Complaint is the same for all Defendants;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties that the filing deadline for Defendant County for Ventura's initial responsive

2

pleading to the Complaint should be April 6, 2014.

The parties respectfully request that the Court sign the [Proposed] Order attached hereto which reflects the terms of the above joint stipulation.

IT IS SO STIPULATED.

Dated: February 11, 2014     WISOTSKY, PROCTER & SHYER

By: /s/ Jeffrey Held
JEFFREY HELD
Attorneys for Defendant County of Ventura

DATED: February 11, 2014    ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/
Ernest Galvan

DATED: February 11, 2014    THE LAW OFFICES OF BRIAN A. VOGEL, PC

By: /s/
Brian A. Vogel

DATED: February 11, 2014    HUMAN RIGHTS DEFENSE CENTER

By: /s/
Lance Weber

Attorneys for Plaintiff

3