UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | | |
|---|---|---|---|---|
| Case No. | **LA 14-cv-00773-GHK (Ex)** | | Date | April 5, 2018 |
| Title | ***Prison Legal News, a project of the Human Rights Defense Center v. County of Ventura and Geoff Dean*** | | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Beatrice Herrera | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:   ORDER GRANTING MOTION TO TERMINATE STIPULATED PERMANENT INJUNCTION (IN CHAMBERS)**

Before the Court is Defendants County of Ventura and Geoff Dean's ("Defendants") "Motion to Terminate Stipulated Permanent Injunction" ("Motion"), filed on March 16, 2018. (See Dkt. No. 67.)  On March 26, 2018, Plaintiff Prison Legal News, a project of the Human Rights Defense Center ("Plaintiff") filed a notice of non-opposition to the Motion.  (See Dkt. No. 68.)  The Court has considered all of the documents filed in support of, and in response to, the Motion and finds this matter appropriate for resolution without oral argument pursuant to Local Rule 7-15.

On September 3, 2014, the Honorable George H. King entered a permanent injunction stipulated to by the parties in this case.  Relevant here, the stipulated permanent injunction contained the following provision: "Defendants shall file a motion to terminate this Order no earlier than July 31, 2017, upon demonstration of substantial compliance with the terms of this Order within the calendar year preceding the filing of the motion and shall notify Plaintiff, in writing, of their intent to do so no later than thirty (30) days prior to filing any such motion." (See Dkt. No. 63 at pg. 6.)

In the Motion, Defendants contend and submit evidence to demonstrate substantial compliance with the terms of the stipulated permanent injunction, consistent with the requirements quoted supra.  (See Mot.)  Plaintiff agrees Defendants have complied substantially with the stipulated permanent injunction.  (See Dkt. No. 68 ("Plaintiff does not oppose the

motion of County of Ventura and Geoff Dean to terminate the Stipulated Permanent Injunction on the grounds of substantial compliance.").)

Based on the record before the Court, Defendants are entitled to the relief they seek because they have complied substantially with the terms of the stipulated permanent injunction within the calendar year preceding the filing of the Motion.  Accordingly, the Court GRANTS the Motion.  The stipulated permanent injunction entered on September 3, 2014 is hereby TERMINATED.

**IT IS SO ORDERED.**